STEPHEN PELKA and EDWARD LUBECKI, Appellants.— Appeal dismissed pursuant to section 535 of the Code of Criminal Procedure.█ Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK PILARSKI, Appellant.— Appeal dismissed pursuant to section 535 of the Code of Criminal Procedure. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT CHASE, Appellant.— Appeal dismissed pursuant to section 535 of the Code of Criminal Procedure. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD ELLERMAN, Appellant.— Appeal dismissed pursuant to section 535 of the Code of Criminal Procedure. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ABLAN BADWEE, Appellant, v. NEW YORK SAFETY RESERVE FUND, Respondent. — Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JOSEPH RICOTTA and Another, Respondents, v. LUIGI TERMINI and Another, Appellants.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

FREDERICK D. WEEKS, an Infant, etc., Appellant, v. CHARLES H. HOFFMAN and Another, Respondents.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

W. HERBERT WEEKS, Appellant, v. CHARLES H. HOFFMAN and Another, Respondents.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

PERRY'S SAND YARD, INCORPORATED, Appellant, v. NIAGARA FERRY AND TRANSPORTATION COMPANY and Another, Respondents.— Motion granted and appeal dismissed, without costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CHARLES R. BRISCOE, Appellant, v. NEW YORK STATE RAILWAYS, Respondent.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

LESTER J. GASKILL, Appellant, v. NEW YORK STATE RAILWAYS, Respondent.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JAMES G. JONES and Another, as Administrators, etc., of DELIA I. JONES, Deceased, Appellants, v. STANDARD OIL COMPANY OF NEW YORK, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MARY C. McNAMARA, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Appeal dismissed, unless appellant shall file and serve printed records and briefs by February tenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

FLORA MOORE, Respondent, v. CITY OF LOCKPORT, Appellant.— Appeal dismissed, unless appellant shall file and serve typewritten copy of brief by January thirteenth and argue the appeal during that week. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ABRAM SHOOLMAN, Respondent, v. UNION INDEMNITY COMPANY OF LOUISIANA, Appellant.— Appeal dismissed, unless appellant shall file and serve printed

records and printed briefs by January fourteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.